IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    v.
JAMES D. BUSH,
    Movant

Case No. 3:09-cr-28-KRG-KAP

## Memorandum Order

The motion for reduction of sentence at docket no. 101 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 19, 2012, docket no. 117, recommending that the motion be denied.

The parties were notified pursuant to 28 U.S.C.§ 636(b)(1) that they had fourteen days to file written objections to the Report and Recommendation. The movant filed objections, docket no. 118, restating the arguments in his original brief at docket no. 116.

After de novo review of the record, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this **15th** day of March, 2016, it is

ORDERED that the motion for reduction of sentence at docket no. 101 is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF